# Court of Appeals
# of the State of Georgia

ATLANTA, March 23, 2022

*The Court of Appeals hereby passes the following order*

## A22D0270. CHRISTINA HOWARD v. MARK BUTLER, GEORGIA DEPARTMENT OF LABOR COMMISSIONER et al. .

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2021SUCV2858



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, March 23, 2022.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.